| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Scott E. Blakeley (SBN: 141418)<br><br>Sean J. Lowe (SBN: 295653)<br>Blakeley LLP<br>18500 Von Karman Ave, Suite 530<br>Irvine, CA 92612<br>P: (949) 260-0611<br>F: (949) 260-0615<br>E: SEB@BlakeleyLLP.com, SLowe@BlakeleyLLP.com<br><br>☐ *Individual appearing without attorney*<br>X  *Attorney for* Capital Distribution Company, LLC | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>MICHAEL BONERT and VIVIEN BONERT,<br><br><div align="right">Debtor(s).</div> | CASE NO.:  2:19-bk-20836 ER<br>CHAPTER: 11<br>ADVERSARY NO.: 2:19-ap-01405-ER |
|---|---|
| CAPITOL DISTRIBUTION COMPANY, LLC, a California limited liability company, d/b/a Capitol Food Company,<br><div align="right">Plaintiff(s),</div>vs.<br><br>BONERT'S INC., a California corporation, d/b/a Bonert's Slice of Pie, BONERT MANAGEMENT COMPANY, INC., a California corporation, et al.,<br><div align="right">Defendant.</div> | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE: REQUEST FOR ASSIGNMENT TO MEDIATION PROGRAM** |

PLEASE TAKE NOTE that the order or judgment titled Order Assigning Matter to Mediation Program And Appointing Mediator and Alternate Mediator

was lodged on (*date*) <u>February 3, 2020</u> and is attached.  This order relates to the motion which is docket number <u>42</u>.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                                                                   Page 1                                                                                                 **F 702**

# Exhibit A

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*              Page 2              **F 702**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Scott E. Blakeley (SBN: 141418)<br><br>Sean J. Lowe (SBN: 295653<br>Blakeley LLP<br>18500 Von Karman Ave, Suite 530<br>Irvine, CA 92612<br>P: (949) 260-0611<br>F: (949) 260-0615<br>E: SEB@BlakeleyLLP.com, SLowe@BlakeleyLLP.com<br><br><br>*Attorney for  Capital Distribution Company, LLC* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>MICHAEL BONERT and VIVIEN BONERT,<br><br>                                                  Debtor(s). | CASE NO.: 2:19-bk-20836 ER<br>CHAPTER: 11<br>ADVERSARY NO.: 2:19-ap-01405-ER |
|---|---|
| CAPITOL DISTRIBUTION COMPANY, LLC, a California limited liability company, d/b/a Capitol Food Company,<br><br>                                                  Plaintiff(s),<br>vs.<br><br>BONERT'S INC., a California corporation, d/b/a Bonert's Slice of Pie, BONERT MANAGEMENT COMPANY, INC., a California corporation, et al.,<br><br>                                                  Defendant. | **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>X **EXHIBIT ATTACHED**<br><br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This     *Capitol Distribution Company, LLC v. Bonert's Inc. et al.*
              (Adversary proceeding/name of dispute in main case)

is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

| Mediator: | Alternate mediator: |
|---|---|
| Michael B. Lupic | Jeremy v. Richards |
| Name | Name |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| K & L Gates LLP<br>Firm name | Pachulski Stang Ziehl & Jones LLP<br>Firm name |
| 10100 Santa Monica Blvd., 8th Floor<br>Address | 10100 Santa Monica Blvd., 13th Floor<br>Address |
| Los Angeles, CA 90067<br>City, state, zip code | Los Angeles, CA 90067<br>City, state, zip code |
| 310.552.5030<br>Telephone | 310.277.6910<br>Telephone |
| 310.522.5001<br>Facsimile | 310.201.0760<br>Facsimile |
| michael.lubic@klgates.com<br>Email address | jrichards@pszjlaw.com<br>Email address |

The attorneys for the parties are:

| | |
|---|---|
| Attorney for Capitol Distribution Company, LLC: | Attorney for Michael Bonert and Vivien Bonert: |
| Scott E. Blakeley, Sean J. Lowe<br>Name | Marc Lieberman, Alan Forsley<br>Name |
| Blakeley LLP<br>Firm name | Fredman Lieberman Pearl LLP<br>Firm name |
| 18500 Von Karman Ave., Suite 530<br>Address | 1875 Century Park East, Suite 2230<br>Address |
| Irvine, CA 92612<br>City, state, zip code | Los Angeles, CA 90067<br>City, state, zip code |
| 949.260.0611<br>Telephone | 310.432.5999<br>Telephone |
| 949.260.0613<br>Facsimile | 310.432.59999<br>Facsimile |
| SEB@BlakeleyLLP.com, SLowe@BlakeleyLLP.com<br>Email address | marc.lieberman@flpllp.com, alan.forsley@flpllp.com<br>Email address |

**[Attach additional page(s) if necessary.]**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                        Page 4                                        F 702

**Counsel for Additional Parties:**

Attorney for: Defendants Bonert Management Company, Inc.,
Bonert's Jadasaha, LLC, Bonert's MC, LLC, Bonert's Mibon, LLC,
Beefam, LLC, and 3144 Bonert's, LLC
Name: Craig M. Fields, Lawrence M. Jacobson,
Firm Name: Glickfield, Fields & Jacobson LLP
Address: 8383 Wilshire Boulevard, Suite 408
City, state, zip code: Los Angeles, CA 90211
Telephone: 310-550-7222
Facsimile: 310-550-6222
Email Address: lmj@gfjlawfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017    Page 5    **F 702**

[EXHIBIT - PARTIES' SIGNATURE PAGE]

**SUBMITTED JOINTLY BY:**

Date: 2-3-2020

*Mike Hughes for Stratasfoods*
(Name of party)

*[signature]*
(Signature of party)

Date: 2-3-2020

Sean J. Lowe
(Name of party's counsel)

*[signature]*
(Signature of party's counsel)

Date: _____

_____
(Name of party)

_____
(Signature of party)

Date: _____

_____
(Name of party's counsel)

_____
(Signature of party's counsel)

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011                                Page 3                                F 701

**ADDITIONAL SIGNATURE PAGE**

Date: January 24, 2020

_____
Michael Bonert
Individually and as member/manager of Bonert
Management Company, Inc., Bonert's Jadasaha,
LLC, Bonert's MV, LLC, Bonert's Mibon,
LLC, Beefham, LLC and 3144 Bonert's LLC

Date: January 24, 2020

_____
Vivien Bonert

Date: January 24, 2020

FREDMAN LIEBERMAN PEARL LLP

By:_____
Marc A. Lieberman
Attorneys for Debtors, Debtors-in-Possession
and Defendants Michael Bonert and Vivien
Bonert

Date: January 24, 2020

GLICKFELD, FIELDS & JACOBSON LLP

By:_____
Lawrence M. Jacobson
Attorneys for Defendants Bonert Management
Company, Inc., Bonert's Jadasaha, LLC,
Bonert's MV, LLC, Bonert's Mibon, LLC,
Beefham, LLC and 3144 Bonert's LLC

Description of the Matter:

1. X  Objection to claim/claim resolution
2. ☐  Plan
    ☐ Objection to plan confirmation
    ☐ Plan formulation/negotiation
3. ☐  Valuation
4. ☐  Preference
5. X  Fraudulent transfer
6. ☐  Lien avoidance
7. ☐  Dischargeability
    Specify grounds:_____

8. X  Other. Please specify: Adversary proceeding alleging alter ego and fraudulent transfer liability

Amount of money at issue in Matter:

1. ☐  $0 to $1,000
2. ☐  $1,001 to $10,000
3. ☐  $10,001 to $50,000
4. ☐  $50,001 to $100,000
5. ☐  $100,001 to $500,000
6. ☐  $500,001 to $1,000,000
7. X  $1,000,001 to $5,000,000
8. ☐  $5,000,001 to $10,000,000
9. ☐  If more than $10,000,000,
    state amount: $ _____
10. ☐  Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

    a. If Order is submitted to court by party(ies)

        (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

        (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate

mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b.   <u>If Order is prepared by the judge:</u>

    (1)  The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell):_____

    (2)  The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

    (3)  The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.   <u>Other: [Attach additional page(s) if necessary.]</u>

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

                                                   ###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

BLAKELEY LLP, 18500 Von Karman Ave., Suite 530, Irvine, CA 92612

A true and correct copy of the foregoing document entitled **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/3/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

Alan W. Forsley alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy.flores@flpllp.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Hatty K. Yip hatty.yip@usdoj.gov
Lawrence M. Jacobson bholmes@gersonlaw.com
Scott E. Blakeley seb@blakeleyllp.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL** (indicate method for each person or entity served):
On (*date*) 2/3/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mediator: Michael Lubic, K&L Gates, 10100 Santa Monica Blvd., 8th Fl., Los Angeles, CA 90067
Alternate Mediator: Jeremy Richards, Pachulski Stang Ziehl & Jones, 10100 Santa Monica Blvd., 8th Fl., Los Angeles, CA 90067
Honorable Barry Russell, Mediation Program Administrator - 255 E. Temple, Room 1660, Los Angeles, CA 90012
Honorable Ernest M. Robles, 255 E. Temple St., Ste. 1560, Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/3/2020 | Christopher M. Kiernan | /s/ Christopher M. Kiernan |
|---|---|---|
| Date | Printed Name | Signature |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

BLAKELEY LLP, 18500 Von Karman Ave., Suite 530, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/3/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Alan W. Forsley alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy.flores@flpllp.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Hatty K. Yip hatty.yip@usdoj.gov
Lawrence M. Jacobson bholmes@gersonlaw.com
Scott E. Blakeley seb@blakeleyllp.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ___2/3/2020___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mediator: Michael Lubic, K&L Gates, 10100 Santa Monica Blvd., 8th Fl., Los Angeles, CA 90067
Alternate Mediator: Jeremy Richards, Pachulski Stang Ziehl & Jones, 10100 Santa Monica Blvd., 8th Fl., Los Angeles, CA 90067
Honorable Barry Russell, Mediation Program Administrator – 255 E. Temple, Room 1660, Los Angeles, CA 90012
Honorable Ernest M. Robles, 255 E. Temple St., Ste. 1560, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/3/2020 | Christopher M. Kiernan | /s/ Christopher M. Kiernan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |